IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 08-cv-01028-RPM-MEH

JERRY L. FAULKENBURG,

    Plaintiff,

v.

PATRICIA WEIR,

    Defendant.

_____

ORDER OF DISMISSAL
_____

On May 16, 2008, the plaintiff filed a "Complaint for Negligence," alleging jurisdiction under 28 U.S.C. § 1332, based on the plaintiff's citizenship in Colorado and the defendant's Ohio citizenship. On June 20, 2008, the defendant filed a motion to dismiss under Fed.R.Civ.P. 12(b)(2) and (3) for lack of personal jurisdiction and improper venue. The complaint is not sufficient to show any basis for personal jurisdiction or venue. Accordingly, it is

ORDERED that this civil action is dismissed without prejudice.

Dated: June 23rd, 2008

                BY THE COURT:

                s/Richard P. Matsch

                _____
                Richard P. Matsch, Senior District Judge