IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 08-cv-01028-RPM-MEH

JERRY L. FAULKENBURG,

    Plaintiff,

v.

PATRICIA WEIR,

    Defendant.

_____

ORDER DENYING MOTION TO REINSTATE
_____

On June 23, 2008, this Court entered its order of dismissal without prejudice for the failure of the plaintiff in his complaint to demonstrate any basis for personal jurisdiction over the defendant Patricia Weir and for improper venue. On July 3, 2008, the plaintiff filed a motion to reinstate this civil action and transfer it to the United States District Court for the Western District of Kentucky. The motion is inappropriate because this court never acquired jurisdiction over the defendant. Accordingly, it is

ORDERED that the Plaintiff's Motion to Reinstate and Transfer to Western Kentucky U.S. District Court is denied.

Dated: July 8th, 2008

                                BY THE COURT:

                                s/Richard P. Matsch

                                _____
                                Richard P. Matsch, Senior District Judge