IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 08-cv-01028-RPM-MEH

JERRY L. FAULKENBURG,

    Plaintiff,

v.

PATRICIA WEIR,

    Defendant.

_____

## ORDER DIRECTING PLAINTIFF'S RESPONSE
_____

    Upon review of the Defendant's Response to Order to Show Cause, filed December 14, 2009, it is

    ORDERED that the plaintiff shall respond in support of her motion to transfer to the United States District Court for the Western District of Kentucky on or before December 23, 2009.

    Dated: December 15th, 2009

                                    BY THE COURT:

                                    s/Richard P. Matsch

                                    _____
                                    Richard P. Matsch, Senior District Judge