IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.  08-cv-01028-RPM-MEH

JERRY L. FAULKENBURG,

    Plaintiff,
v.

PATRICIA WEIR,

    Defendant.
_____

ORDER TO TRANSFER TO THE UNITED STATES DISTRICT COURT FOR THE WESTERN
DISTRICT OF KENTUCKY
_____

    Pursuant to the Mandate from the United States Court of Appeals for the Tenth Circuit on November 5, 2009 and the Order and Judgment of October 14, 2009, reversing this Court's dismissal of this civil action and upon considering the defendant's response to this Court's Order to Show Cause, and the plaintiff's response, filed December 23, 2009, it appears that this civil action was filed in this court for the sole purpose of avoiding the bar of the statute of limitations in Kentucky where the subject automobile collision occurred.  In that this Court never had personal jurisdiction over the defendant and that improper venue was alleged given that the plaintiff's residence is in Colorado and while the Court is reluctant to rescue plaintiff's counsel from this improper filing, implicit in the Court of Appeals' Order that this Court must consider the interests of justice is that the judges of that court are sympathetic to the plight of the plaintiff in losing his claim because of the conduct of his counsel.  To avoid delay and yet another appeal if this Court were to refuse a transfer, it is now

    ORDERED that this civil action is transferred to the Untied States District Court for the Western District of Kentucky.

    Dated: December 28th, 2009

                        BY THE COURT:

                        s/Richard P. Matsch

                        _____
                        Richard P. Matsch, Senior District Judge